**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KINGFLY SPIRITS, FORMERLY DOING BUSINESS AS PORT OF PITTSBURGH DISTILLERY, LLC, MARK WILLSON, and EBBREZZA, LLC,** | **Civil Action No. 1:22-cv-00050-CB** |
| **Plaintiffs,** | |
| **v.** | **JURY TRIAL DEMANDED** |
| **BLAKE RAGGHIANTI, DAVID S. KLETT, ESQUIRE, JUSTINA TUSHAK, DANIELLE RAGGHIANTI, JÖRG GERLACH, MD, PhD, GREGG THRELKELD, MARK ZINI, ERIE YACHT CLUB, THE AGING ROOM, LLC, AND JOHN DOES 1-10,** | |
| **Defendants.** | |

**ORDER OF COURT**

AND NOW, this __22nd__ day of March 2022, upon consideration of Plaintiffs' Motion for an Order of Court Requiring all Parties to Preserve All Electronically Stored Information, Documentation, and Other Materials, it is hereby **ORDERED, ADJUDGED, and DECREED** that said Motion is **GRANTED**. All parties are directed to retain and preserve all electronically stored information and documentation that refers or relates in any way to the claims and defenses in this case, as well as the clams and defenses that are being advanced in the related actions currently pending in Allegheny County, Pennsylvania and Erie County, Pennsylvania, included but not limited to all email communications and attachments, text messages, metadata and other electronically stored information and documentation. If any party fails to comply with this Order, they may, in the Court's discretion, be subject to sanctions, or found in contempt.

BY THE COURT:


  s/Cathy Bissoon
The Honorable Cathy Bissoon