IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGFLY SPIRITS, FORMERLY DOING BUSINESS AS PORT OF PITTSBURGH DISTILLERY, LLC, MARK WILLSON, and EBBREZZA, INC., | Civil Action No. 1:22-cv-00050-CB |
| Plaintiffs, | |
| v. | **JURY TRIAL DEMANDED** |
| BLAKE RAGGHIANTI, DAVID S. KLETT, JUSTINA TUSHAK, DANIELLE RAGGHIANTI, JÖRG GERLACH, MD, PhD, ECHT, LLC, GREGG THRELKELD, MARK ZINI, THE AGING ROOM, LLC, RAGGIANTE, LLC AND JOHN DOES 1-10, | |
| Defendants. | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A), Plaintiffs, Kingfly Spirits, LLC formerly doing business as Port of Pittsburgh Distillery, LLC, Mark Willson and Ebbrezza, Inc., hereby dismiss this action, with prejudice, as to Defendants, The Aging Room, Gregg Threlkeld, and Mark Zini only. All other claims against all other Defendants remain. Plaintiffs, The Aging Room, Gregg Threlkeld, and Mark Zini shall bear their own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| Plaintiff, Kingfly Spirits, LLC formerly doing business as Port of Pittsburgh Distillery, LLC, | Plaintiffs, Mark Willson and Ebbrezza, Inc., |
| By its attorney: | By their attorney: |
| */s/ George R. Farneth, II* | */s/ Nicholas A. Miller* |
| George R. Farneth, II, Esquire | Nicholas A. Miller, Esquire |
| PA I.D. #53914 | PA I.D. #53914 |
| 445 Fort Pitt Boulevard, Suite 160 | 401 Washington Avenue |
| Pittsburgh, PA 15219 | Bridgeville, PA 15017 |
| P: (412) 977-7779 | P: (412) 221-0640 |
| F: (412) 586-4713 | F: (412) 257-8040 |
| grf@farnethlaw.com | Nmiller@brenlovefuller.com |

Dated: February 2, 2023

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of *Notice of Dismissal with Prejudice* was served on the following counsel of record via the Court's ECF System and by USPS regular mail to *pro se* parties only on 2nd day of February 2023:

Ralph M. Monico, Esquire
Scott Eberle, Esquire
McCall B. Chafin, Esquire
Burns White Center
48 26th Street
Pittsburgh, PA 15222
rmmonico@burnswhite.com
sreberle@burnswhite.com
mbchafin@burnswhite.com
*Attorneys for Defendants,
Blake Ragghianti and
Danielle Ragghianti*

Trisha A. Gill, Esquire
Kushal N. Dave, Esquire
Litchfield Cavo, LLP
Two Gateway Center
603 Stanwix Street, 5th Floor
Pittsburgh, PA 15222
gill@litchfieldcavo.com
dave@litchfieldcavo.com
*Attorneys for Defendant,
Justina Tushak*

W. John Knox, Esquire
Sebald, Hackwelder & Knox
137 East 13th Street
Erie, PA 16503
wjk@shkerie.com
*Attorney for Defendant,
Justina Tushak*

Anthony E. Patterson, Esq.
304 Ross Street, Suite 505
Pittsburgh, PA 15219
aeplawfirm@aol.com
*Attorneys for Defendant,
David S. Klett, Esquire*

Raggiante, LLC
1355 Akehurst Road
Pittsburgh, PA 15220
*Pro Se Defendant*

P. Brennan Hart, Esquire
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
One Oxford Centre
38th Floor
Pittsburgh PA 15219
pbh@pietragallo.com
*Attorneys for Defendants, The
Aging Room, LLC, Mark Zini,
and Gregg Threlkeld*

ECHT, LLC
107 Penn Avenue
Pittsburgh, PA 15210
*Pro Se Defendant*

Jorg Gerlach, MD, PhD
107 Penn Avenue
Pittsburgh, PA 15210
*Pro Se Defendant*

Respectfully Submitted,

By: */s/ George R. Farneth, II*
George R. Farneth II, Esquire
The Farneth Law Group, LLC
445 Fort Pitt Blvd., Suite 160
Pittsburgh, PA 15219
grf@farnethlaw.com
*Attorneys for Plaintiff, Kingfly Spirits, LLC*

*/s/ Nicholas A. Miller*
Nicholas A. Miller, Esquire
Brenlove & Fuller, LLC
401 Washington Avenue
Bridgeville, PA 15017
nmiller@brenlovefuller.com
*Attorney for Plaintiffs, Mark Willson and Ebbrezza, Inc.*