UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-2913
_____

KINGFLY SPIRITS, formerly doing business as Port of Pittsburgh Distillery LLC;
MARK WILLSON; EBBREZZA, INC.,
Appellants

v.

BLAKE RAGGHIANTI; DAVID S. KLETT; JUSTINA TUSHAK;
DANIELLE RAGGHIANTI; JORG GERLACH, MD, PhD;
ECHT LLC; GREGG THRELKELD; MARK ZINI; THE AGING ROOM, LLC;
JOHN DOES (1-10); RAGGIANTE, LLC.
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 1:22-cv-00050)
District Judge: Honorable Cathy Bissoon
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
June 4, 2024
_____

Before: CHAGARES, Chief Judge, CHUNG and FISHER, Circuit Judges
_____

JUDGMENT
_____

This case came to be considered on appeal from the United States District Court for the Western District of Pennsylvania and was submitted on June 4, 2024.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgment Order entered by the District Court on September 25, 2023

2

against Kingfly Spirits, LLC, Mark Willson, and Ebbrezza, Inc. is AFFIRMED. Costs taxed against Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

<u>s/ Patricia S. Dodszuweit</u>
Clerk

DATED: June 26, 2024